**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
  Piya Mukherjee (State Bar #274217)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232
Website: www.bamlawca.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR VASQUEZ, an individual, on behalf of himself and on behalf of all persons similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>PACKAGING CORPORATION OF AMERICA, a Corporation; and Does 1 through 50, Inclusive,<br><br>  Defendants. | CASE No. **2:19-cv-01935-PSG-PLA**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Hearing Date: March 30, 2020<br>Hearing Time: 1:30 p.m<br><br>Judge:    Hon. Philip S. Gutierrez<br>Courtroom:  6A |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** on March 30, 2020, at 1:30 p.m. in the United States District Court for the Central District of California, located at the First Street Courthouse, 350 West 1st Street, Los Angeles, California 90012-4565, in Courtroom 6A, before the Honorable Philip S. Gutierrez, Plaintiff Victor Vasquez ("Plaintiff") will move for preliminary approval of the proposed class settlement with Defendant Packaging Corporation of America ("Defendant"). This motion is unopposed as based on the Class Action Settlement Agreement and Stipulation ("Settlement" or "Agreement") between the Parties filed concurrently with this motion.

The motion will be based on this Notice of Motion and the Memorandum of Points and Authorities, the Declaration of Kyle Nordrehaug, the argument of counsel and upon such other material contained in the file and pleadings of this action. This motion is filed pursuant to the conference of the Parties pursuant to L.R. 7-3 on January 17, 2020 at which time the Parties agreed to the filing of this unopposed motion.

Respectfully submitted,

Dated: January 24, 2020  BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW

By: */s/ Norman Blumenthal*
Norman B. Blumenthal
Kyle R. Nordrehaug
Attorneys for Plaintiff