**BLUMENTHAL NORDREHAUG  BHOWMIK DE BLOUW LLP**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
  Piya Mukherjee (State Bar #274217)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232
Website: www.bamlawca.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR VASQUEZ, an individual, on behalf of himself and on behalf of all persons similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>PACKAGING CORPORATION OF AMERICA, a Corporation; and Does 1 through 50, Inclusive,<br><br>        Defendants. | CASE No. **2:19-cv-01935-PSG-PLA**<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**<br><br>Hearing Date: August 17, 2020<br>Hearing Time: 1:30 p.m<br><br>Judge:    Hon. Philip S. Gutierrez<br>Courtroom:  6A |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** on August 17, 2020, at 1:30 p.m. in the United States District Court for the Central District of California, located at the First Street Courthouse, 350 West 1st Street, Los Angeles, California 90012-4565, in Courtroom 6A, before the Honorable Philip S. Gutierrez, Plaintiff Victor Vasquez ("Plaintiff") will move for final approval of the proposed class settlement with Defendant Packaging Corporation of America ("Defendant").

This motion is brought in accordance with the Order dated March 27, 2020 [Doc. No. 39] and Fed. R. Civ. P. Rule 23(h). This motion is unopposed and based on the Class Action Settlement Agreement and Stipulation ("Settlement" or "Agreement") between the parties filed concurrently with this motion. There have been no objections to the Settlement by any member of the Class.

The motion will be based on this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Norman Blumenthal and attached exhibits, the Declaration of Shelby Meredith (the Settlement Administrator), the Declaration of Plaintiff Vasquez, the argument of counsel and upon such other material contained in the file and pleadings of this action.

This motion is made following the conference of counsel pursuant to L.R. 7-3 wherein the parties agreed on the filing of this unopposed motion as set forth in the Agreement in which the Parties agreed to the filing of this motion.

Respectfully submitted,


Dated: July 17, 2020                    BLUMENTHAL NORDREHAUG BHOWMIK
                                        DE BLOUW

                                        By:    _/s/ Norman Blumenthal_
                                               Norman B. Blumenthal
                                               Kyle R. Nordrehaug
                                               Attorneys for Plaintiff

---